AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐

**CLERK'S OFFICE**
**A TRUE COPY**
**Aug 16, 2024**
**s/ D. Olszewski**
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>USPS Priority Mail tracking number<br>9405 5362 0624 8674 1972 62 | Case No. 24 MJ 185 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Eastern    District of    Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

The SUBJECT PARCEL is described as a 12.5" L x 9" W x 0.5" H, white USPS Priority Mail, flat rate cardboard material self-sealing envelope, weighing approximately 5 ounces or 142 grams, and bearing USPS Priority Mail postage and USPS tracking number 9405 5362 0624 8674 1972 62. The SUBJECT PARCEL's printed third-party postage meter label is addressed from, "Sally Beyer 7790 Highway 126., Florence, OR 97439." The SUBJECT PARCEL is addressed to "Ryan Beyer 1401 Heerman Ct., Sheboygan, WI 53081-2544." The postage paid was $7.61.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before    08/30/2024    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. William E. Duffin   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☑ until, the facts justifying, the later specific date of    02/12/2025   .

Date and time issued:    08/16/2024 at 1:40 p.m.

*Judge's signature*: William E. Duffin

City and state:    Milwaukee, Wisconsin      Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: 24 MJ 185 | Date and time warrant executed: 16 AUG 2024   2:39 PM | Copy of warrant and inventory left with: 9405 5362 0624 8674 1972 62 |
| Inventory made in the presence of: Postal Inspectors Fran Pilon and Chris Massari | | |

Inventory of the property taken and name(s) of any person(s) seized:

Search Warrant 24 MJ 185: USPS Priority Mail 9405 5362 0624 8674 1972 62 was opened and located inside was Folded packing paper with a sealed plastic bag in the middle containing a clear crystal-like substance. A field test conducted by PI Massari using the Thermo Scientific TruNarc device (Laser Spectroscopy, Elemental & Isotope Analysis) yielded positive results for Methamphetamine.

Approximate weight of the substance discovered was 17 grams.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 16 AUG 2024

*Executing officer's signature*

Chris Massari, U.S. Postal Inspector
*Printed name and title*





